[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
MAY 21, 2007
THOMAS K. KAHN
CLERK

_____

No. 06-15457

_____

D. C. Docket No. 05-01397 CV-HS-NE

WAYMON L. BLEVINS,

Plaintiff-Appellant,

versus

GLENN L. MCCULLOUGH, JR.,
Chairman, Tennessee Valley Authority,
BILL BAXTER,
Director,
SKILA HARRIS,
Director,

Defendants-Appellees.

_____

Appeal from the United States District Court
for the Northern District of Alabama

_____

**(May 21, 2007)**

Before EDMONDSON, Chief Judge, HULL, Circuit Judge, and FORRESTER,[*] District Judge.

PER CURIAM:

After review and oral argument, we find no reversible error in the district court's order dated August 17, 2006, granting summary judgment in favor of Defendants-Appellees.

**AFFIRMED.**

---

[*]Honorable J. Owen Forrester, United States District Judge for the Northern District of Georgia, sitting by designation.